**Opinion issued January 16, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00766-CV

———————————

## CYNTHIA BOAGNI, Appellant

## V.

## OLD CENTRAL CULTURAL CENTER, INC., Appellee

---

### On Appeal from the 212th District Court
### Galveston County, Texas
### Trial Court Case No. 12-CV-1185

---

### MEMORANDUM OPINION

Appellant, Cynthia Boagni, has filed an unopposed motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.